## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.

CASE NUMBER:  $3:07cR67/RV$

**JOEL UHL**

_____/

## MOTION REQUESTING AN ORDER
## SEALING THE INDICTMENT

The United State of America requests this Court to issue an Order sealing the

indictment returned by the grand jury in this case, and in support of this motion states as

follows:

1.    The defendant has not been arrested as a result of the activities alleged in the

indictment. The current whereabouts of the defendant are unknown and the public revelation

of the indictment could severely hamper law enforcement's ability to locate and apprehend

the defendant to answer the charges.

2.    The United States further moves the Court that the indictment in this case

shall remain **sealed** until further written Order of this Court, except that the Clerk's Office

shall provide two certified copies of the indictment to the United States Attorney for the

Northern District of Florida, two certified copies to the United States Marshal for the

Northern District of Florida, and one certified copy to the United States Probation Office for

the Northern District of Florida.

WHEREFORE, in order to arrest the defendant before the indictment is made available to the public, it is respectfully requested that the Court order the sealing of the indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
UNITED STATES ATTORNEY

DAVID L. GOLDBERG
Assistant United States Attorney
Northern District of Florida
Member of the Maryland Bar
21 East Garden Street, Suite 400
Pensacola, Florida 32502-5675
(850) 444-4000

## ORDER

The government's motion is granted.

DONE AND ORDERED this the _18th_ day of _April_ , 2007.

UNITED STATES MAGISTRATE JUDGE

2