**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                  Case No. 3:07cr67/RV

**JOEL UHL**

---

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, in the indictment in the above-entitled action, the United States sought forfeiture of all property of the defendant, **JOEL UHL,** pursuant to Title 18, United States Code, Section 2253, as property constituting, or derived from, proceeds obtained directly or indirectly from the violations set forth in Count One of said indictment and/or property used or intended to be used to commit or promote the commission of the offenses set forth in Count One of said indictment, to wit:  that the defendant did unlawfully transport, ship and receive child pornography;

AND WHEREAS, on or about May 9, 2007, defendant, **JOEL UHL,** pled guilty to the violations set forth in the indictment and consented to forfeiture with regard to the defendant's interest in the specifically below noted property;

AND WHEREAS, by virtue of said guilty plea and concession of forfeiture, the United States is now entitled to possession of said property, pursuant to Title 18, United States Code, Section 2253 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; now wherefore,

IT IS HEREBY ORDERED:

1.    That all of defendant's right and interest in the property described below is hereby forfeited to and vested in the United States of America.

2.    That the property which is subject to forfeiture in this Order is as follows:

**(A)    Hewlett Packard Pavilion Laptop, Model ze5385us, serial number CNF3210VKK**

**(B)    Western Digital 80 GB External Hard Drive, Model WD800U017-RTN, serial number WXEX05423342.**

3.    That an Order of preliminary forfeiture is hereby entered in favor of the United States against defendant **JOEL UHL** pursuant to Rule 32.2(b) of the Federal Rules of Criminal Procedure.

IT IS SO ORDERED this 23rd day of May, 2007.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE