**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 3:07cr67/RV

**JOEL UHL**

_____/

**FINAL ORDER OF FORFEITURE
AS TO DEFENDANT JOEL UHL**

WHEREAS, on May 23, 2007, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of Title 18, United States Code, Section 2253, based upon the defendant's guilty plea to Count One of the indictment in this action, and the attached forfeiture provision thereto, of the property listed as a Hewlett Packard Pavilion Laptop, Model ze5385us, serial number CNF3210VKK, and Western Digital 80 GB External Hard Drive, Model WD800U017-RTN, serial number WXEX05423342;

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2 (b)(2) of the Federal Rules of Criminal Procedure said Preliminary Order of Forfeiture shall be made final as to defendant **JOEL UHL** at the time of sentencing and shall be made part of the sentence and included in the judgment, now wherefore, it is HEREBY ORDERED:

That all of defendant **JOEL UHL's** right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

DONE AND ORDERED this 7th day of August, 2007.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE