## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                                                                    Case No. 3:07cr67/RV

**JOEL UHL**

_____

### FINAL ORDER OF FORFEITURE AS
### TO ALL PERSONS AND ENTITIES

WHEREAS, on August 07, 2007, the Court entered a Final Order of Forfeiture As To Defendant **JOEL UHL,** pursuant to the provisions of Title 18, United States Code, Section 2253, based upon the defendant's guilty plea to Count One of the Indictment in this action, and his consent to the forfeiture of all assets used or derived from said conduct;

AND WHEREAS, the United States caused to be published a Notice of Forfeiture and Planned Disposition in the Pensacola News Journal, Pensacola, Florida October 03, 2007, October 10, 2007 and October 17, 2007 and of the intent of the United States to dispose of the property in accordance with Title 18, United States Code, Section 2253, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property.

AND WHEREAS, no claims or petitions, have been filed for the property described in this court's Final Order of Forfeiture as to defendant **JOEL UHL,** entered August 07, 2007, and the time for filing petitions expired on November 16, 2007, thirty (30) days after the last publication on October 17, 2007, pursuant to Title 18, United States Code, Section 2253. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1.  That the right, title and interest to all of the hereinafter described property is hereby condemned, forfeited and vested in the United States of America.

2.  That the property which is subject to forfeiture in this Order is as follows:

    **(A)  Hewlett Packard Pavilion Laptop, Model ze5385us, serial number CNF3210VKK**

    **(B)  Western Digital 80 GB External Hard Drive, Model WD800U017-RTN, serial number WXEX05423342.**

3.  No other person or entity has established that they have any legal right, title or interest in said property forfeited to the United States of America by Order entered on August 07, 2007, and said forfeiture is now final.

4.  That the Department of the Treasury shall dispose of said property in accordance with law.

IT IS SO ORDERED this 19th day of November, 2007.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE